```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiff
 7               UNITED STATES DISTRICT COURT
 8               NORTHERN DISTRICT OF CALIFORNIA
 9
10  KATHLEEN KOCHE,                Case No. C 06 1006 SC
11                                 STIPULATION AND REQUEST FOR
                 Plaintiff,        VOLUNTARY DISMISSAL OF ENTIRE
12       v.                        ACTION
13  ELI LILLY AND COMPANY,
                                   HON. SAMUEL CONTI
14               Defendants.
```

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the above-captioned action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: _____                           Dated: 8/7/06

LEVIN SIMES KAISER & GORNICK LLP            REED SMITH LLP

Emily Charley                               James M. Wood
Attorneys for Plaintiff                     Nadia M. Bishop
                                            Attorneys for Defendants
                                            ELI LILLY AND COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/9/06

The Honorable
United States

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION AND VOLUNTARY DISMISSAL                              PAGE 1